UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 13, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| Malibu Media, LLC, | § § § § § § § § § | |
| Plaintiff, | | |
| versus | | Civil Action H-16-2338 |
| Subscriber 14650, *et al.*, | | |
| Defendants. | | |

## Subscriber-Identity Subpoenas

Malibu Media, LLC, may subpoena Comcast and AT&T for the identities of subscribers by their IP addresses. *The subpoenas shall compel disclosures by Oct. 14, 2016*

Signed on September 13, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge