UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
October 14, 2016
David J. Bradley, Clerk

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:16-cv-02338 |
|---|---|---|---|

| Malibu Media, LLC, Plaintiff |
|---|
| *versus* |
| Subscriber 14650, et al., Defendants |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jeffrey J. Antonelli<br>Antonelli Law, Ltd.<br>35 East Wacker Dr., Suite 1875<br>Chicago, IL 60601<br>+1.312.201.8310 - Tel.<br>+1.888.211.8624 - Fax.<br>jeffrey@antonelli-law.com<br>Illinois Bar No. 6271875 |
|---|---|

| Name of party applicant seeks to appear for: | Subscriber 32315, Consolidated Defendant, Original Cause 4:16-cv-02348 |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes _____ No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 10/12/2016 | Signed: /s/ Jeffrey J. Antonelli |
|---|---|

| The state bar reports that the applicant's status is: *authorized to practice* |
|---|
| Dated: 10-13-2016 | Clerk's signature: *Glenda M. Hassan* |

### Order

Dated: October 14, 2016

This lawyer is admitted *pro hac vice*.

_____
United States District Judge